# **EXHIBIT 1**

SecureRelease™ Portal

Request Number: 2026-ICFO-00379

**Details of Request**
(Read only details of request)

**Request Description:** Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et seq., The Center for Investigative Reporting (CIR) requests the following Records in the possession, custody, or control of U.S. Immigration and Customs Enforcement (ICE), an agency of the Department of Homeland Security (DHS), are hereby requested (collectively, the "Requests") concerning immigration enforcement actions in Chicago, Illinois between September 30-October 2. 1. Unedited video and audio recordings 2. Judicial and administrative warrants 3. Affidavits or sworn declarations to obtain warrants 4. Incident reports, arrest reports, and use of force reports 5. Roster of people detained from each enforcement action, including the charge or immigration status 6. Specific to the enforcement at 7500 S. South Shore Drive, documentation explaining how many units were raided, how many arrests made, any and all injuries documents, and how many children/minors were encountered and detained during the operation. 7. Agency policies, general orders, or list of protocols that direct how agents conduct these operations There

**Fee Waiver Requested? :** Not Applicable

**Reason for Fee Waiver:** CIR seeks a full waiver on the grounds that disclosure is squarely in the public interest, and the records are being sought for news-gathering purposes.





is a compelling and urgent need to obtain these records and to inform the public. Between the dates referenced above, ICE and other federal agencies conducted an operation on an apartment building in the early morning hours. Known as "Operation Midway Blitz," agents surrounded the building with armed agents, rappelled from helicopters, and shone flashlights into windows. These actions are featured in a short edited video posted on DHS's and ICE's social media profiles. The practices employed by the agents left residents in distress, according to new reports. Whether agents acted in a manner that is consistent with the agency guidance and state and federal law is of great public interest. Unedited audio and video recordings from this operation will provide an unfiltered view and help answer questions about the agents' conduct. Other records listed are necessary for the public to clarify and fact check how agents describe the law enforcement actions taken. ICE has created and made public hundreds videos of various internal agency operations, including arrests, detention, and removals. Because these video and audio records contain information about a critical government function on a matter of significant public interest and concern, FOIA mandates their disclosure. CIR seeks a full waiver on the grounds that disclosure is squarely in the public interest,

| | |
|---|---|
| **Expedited Processing?:** | Declined |
| **Reason for Expedited Processing:** | This request pertains to a recent immigration enforcement action that resulted in more than a |

and the records are being sought for news-gathering purposes. When possible, please provide the records in an electronic format downloadable through a server or hard drive, such as a USB stick. Thank you in advance for your attention to this matter. Please do not hesitate to contact us if you have questions. Regards, Rachel de Leon, rdeleon@cir.org Samantha Michaels, smichaels@cir.org PO Box 584 San Francisco CA 94014¬

dozen arrests. Some witnesses claim to have seen children taken away. The operation involved multiple agencies and there is public outcry over how agents left an apartment building in disrepair.

**Agency:** Department of Homeland Security

**Component:** U.S. Immigration & Customs Enforcement

**Processing Track:** Complex

**Request Type:** FOIA Request

**Submitted Date:** 10/03/2025

**Request Status:** Closed (Referred to Other Agency)

**Identity Verification Status:** Not Requested by Agency

## Files uploaded by user

Files not exceeding 20 MB in size, can be attached.

| File Name | Attachment Type |
|---|---|
| No attachments to display | |

5 rows    0-0 of 0