# EXHIBIT 3

# SecureRelease™ Portal

 



| DETAILS | CONTACT INFORMATION | DOCUMENT | Request Number: | 2026-ICFO-07106 ▾ |

## Details of Request
(Read only details of request)

**CANCEL**

**Request Description:** Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et seq., The Center for Investigative Reporting (CIR) seeks all ICE-created or ICE-contracted unedited video and audio recordings related to the below three enforcement events, including but not limited to body-worn camera footage, handheld camera recordings, fixed surveillance systems, vehicle-mounted cameras, drone or aircraft footage (AMO), and recordings created by ICE Public Affairs or ICE-funded content creators: 1) Huntington park on June 12, 2025, in Los Angeles at 2) MacArthur Park on July 7, 2025 and at 3) The Japanese American History Museum on August 14, 2025. Additionally, CIR requests all ICE contracts from January 1, 2025 through the date of processing that involve videography, photography, or digital media production. This includes contracts coded under NAICS 512110,

**Fee Waiver Requested? :** Not Applicable

**Reason for Fee Waiver:** CIR seeks a full waiver on th grounds that disclosure is squarely in the public interest, and the records are being sought for news-gathering purposes.

512120, 512191, 512199 or similar media-production classifications, and contracts issued by ICE Public Affairs or any ICE component responsible for creating operational video content. DHS has created and made public hundreds videos of various internal agency operations, including arrests, detention, and removals. Because these video and audio records contain information about a critical government function on a matter of significant public interest and concern, FOIA mandates their disclosure. CIR seeks a full waiver on the grounds that disclosure is squarely in the public interest, and the records are being sought for news-gathering purposes. When possible, please provide the records in an electronic format downloadable through a server or hard drive, such as a USB stick. Thank you in advance for your attention to this matter. Please do not hesitate to contact us if you have questions. Regards, Rachel de Leon, rdeleon@cir.org PO Box 584 San Francisco CA 94014

**Agency:**  Department of Homeland Security

**Expedited Processing?:**  Not Requested

**Reason for Expedited Processing:**  -

**Component:** U.S. Immigration & Customs Enforcement

**Processing Track:** Complex

**Request Type:** FOIA Request

**Submitted Date:** 12/03/2025

**Request Status:** Searching for Records

**Identity Verification Status:** Not Requested by Agency



### Files uploaded by user

Files not exceeding 20 MB in size, can be attached.

Q Search

| File Name | Attachment Type |
|---|---|
| No attachments to display | |

5 rows ⌄    0-0 of 0