Matthew S.L. Cate (SBN 295546)
matt@matthewcatelaw.com
**Law Office of Matthew S.L. Cate**
101 Montgomery Street, Suite 900
San Francisco, CA  94104
Tel/Fax: 415-964-4400

D. Victoria Baranetsky (SBN 311892)
Brooke Henderson (*pro hac vice forthcoming*)
**THE CENTER FOR INVESTIGATIVE REPORTING**
222 Sutter Street, #600
San Francisco, CA 94108
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@cir.org
bhenderson@cir.org

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **The Center for Investigative Reporting**, <br><br>               Plaintiff, <br><br>     v. <br><br> **United States Immigration and Customs Enforcement**, *et al.*, <br><br>               Defendants. | Case No. 3:26-cv-1145 <br><br> **Certification of Interested Entities or Persons** |

Plaintiff The Center for Investigative Reporting, a non-profit corporation, certifies that it has no parent company and issues no stock. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Date: February 5, 2026

**Law Office of Matthew S.L. Cate**

*/s/ Matthew S.L. Cate*
Matthew S.L. Cate

*Counsel for Plaintiff*