AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| The Center for Investigative Reporting,<br><br>*Plaintiff(s)*<br>v.<br>United States Immigration and Customs Enforcement; United States Customs and Border Protection,<br><br>*Defendant(s)* | Civil Action No. 3:26-cv-1145 LB |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See Attachment to Summons in a Civil Action

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew S.L. Cate
Law Office of Matthew S.L. Cate
101 Montgomery Street, Suite 900
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 09 February 2026 ~~02/05/2026~~



*CLERK OF COURT*
Mark B. Busby

*Signature of Clerk or Deputy Clerk*

**Attachment to Summons in a Civil Action**

Craig H. Missakian, U.S. Attorney
c/o Civil Process Clerk
United States Attorney's Office
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102


United States Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536


United States Customs and Border Protection
1300 Pennsylvania Ave., NW
Washington, DC 20229


Pamela Bondi
Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530