UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING            , | Case No. 3:26-cv-01145-LB |
| Plaintiff(s), | |
| v. | |
| UNITED STATES IMMIGRATION CUSTOMS ENFORCEMENT; UNITED STATES CUSTOMS & BORDER PROTECTION, | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | |

I, Brooke E. Henderson    , an active member in good standing of the bar of Florida                      , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Center for Investigative Report in the above-entitled action. My local co-counsel in this case is Diana Victoria Baranetsky    , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 311892            .

7750 West McNab Road, Bldg 8 Apt 218, Tamarac, Florida 33321
MY ADDRESS OF RECORD

222 Sutter St, Ste 600, San Francisco, CA 94108
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

954-790-4773
MY TELEPHONE # OF RECORD

415-321-4917
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

brooke8henderson@gmail.com
MY EMAIL ADDRESS OF RECORD

vbaranetsky@cir.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1070200        .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _2_____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

Brooke E. Henderson
_____
APPLICANT

========================================

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brooke E. Henderson_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021