# **EXHIBIT 2**

ALERT: WINTER WEATHER IN THE NORTH CENTRAL AND NORTHEASTERN US MAY DELAY FINAL DELIVERY OF YOUR M...

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9589071052702962811684

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 1:02 pm on February 17, 2026 in WASHINGTON, DC 20536.

**Delivered**
Delivered, Left with Individual
WASHINGTON, DC 20536
February 17, 2026, 1:02 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Get More Out of USPS Tracking:
  USPS Tracking Plus®

Text & Email Updates   ⌄

USPS Tracking Plus®   ⌄

Product Information   ⌄

See Less ⌃

Feedback

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]