# EXHIBIT 4

ALERT: WINTER WEATHER IN THE WESTERN, THE NORTH CENTRAL, AND EXTREME IMPACTS OF THE NOR'EASTER I...

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9589071052702962811660

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 6:58 pm on February 17, 2026 in WASHINGTON, DC 20530.

**Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20530
February 17, 2026, 6:58 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

Text & Email Updates ⌄

Feedback

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs