Matthew S.L. Cate (SBN 295546)
matt@matthewcatelaw.com
**Law Office of Matthew S.L. Cate**
101 Montgomery Street, Suite 900
San Francisco, CA  94104
Tel/Fax: 415-964-4400

D. Victoria Baranetsky (SBN 311892)
Brooke Henderson (*pro hac vice*)
**THE CENTER FOR INVESTIGATIVE REPORTING**
222 Sutter Street, #600
San Francisco, CA 94108
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@cir.org
bhenderson@cir.org

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **The Center for Investigative Reporting**, | Case No. 3:26-cv-1145-LB |
| Plaintiff, | **Declaration of Service** |
| v. | |
| **United States Immigration and Customs Enforcement**, *et al.*, | |
| Defendants. | |

I, Matthew S.L. Cate, declare:

1. I am counsel of record for Plaintiff The Center for Investigative Reporting.

2. On February 10, 2026, I served on the **U.S. Attorney for the Northern District of California** copies of the (1) Summons, (2) Complaint and Exhibits 1-4, (3) Order Setting Initial Case Management Conference and ADR Deadlines, (4) Standing Order for Magistrate Judge Laurel Beeler, (5) Standing Order for All Judges of the Northern District of California—Contents of Joint Case Management Statement, and (6) Consent or Declination to

1  Magistrate Judge Jurisdiction. I served those materials via certified U.S. mail (USPS tracking
2  # 9589 0710 5270 2962 8116 77).

3      3.    According to the USPS tracking system, the U.S. Attorney for the Northern
4  District of California received those materials on February 11, 2026. Ex. 1.

5      4.    On February 10, 2026, I served on **Defendant United States Immigration and**
6  **Customs Enforcement ("ICE")** copies of the (1) Summons, (2) Complaint and Exhibits 1-4,
7  (3) Order Setting Initial Case Management Conference and ADR Deadlines, (4) Standing Or-
8  der for Magistrate Judge Laurel Beeler, (5) Standing Order for All Judges of the Northern Dis-
9  trict of California—Contents of Joint Case Management Statement, and (6) Consent or Decli-
10 nation to Magistrate Judge Jurisdiction. I served those materials via certified U.S. mail (USPS
11 tracking # 9589 0710 5270 2962 8116 84).

12     5.    According to the USPS tracking system, ICE received those materials on Feb-
13 ruary 17, 2026. Ex. 2.

14     6.    On February 10, 2026, I served on **Defendant United States Customs and**
15 **Border Protection** ("CBP") copies of the (1) Summons, (2) Complaint and Exhibits 1-4, (3)
16 Order Setting Initial Case Management Conference and ADR Deadlines, (4) Standing Order
17 for Magistrate Judge Laurel Beeler, (5) Standing Order for All Judges of the Northern District
18 of California—Contents of Joint Case Management Statement, and (6) Consent or Declination
19 to Magistrate Judge Jurisdiction. I served those materials via certified U.S. mail (USPS tracking
20 # 9589 0710 5270 2962 8116 53).

21     7.    According to the USPS tracking system, CBP received those materials on Feb-
22 ruary 17, 2026. Ex. 3.

23     8.    On February 10, 2026, I served on **U.S. Attorney General Pamela Bondi** cop-
24 ies of the (1) Summons, (2) Complaint and Exhibits 1-4, (3) Order Setting Initial Case Manage-
25 ment Conference and ADR Deadlines, (4) Standing Order for Magistrate Judge Laurel Beeler,
26 (5) Standing Order for All Judges of the Northern District of California—Contents of Joint
27 Case Management Statement, and (6) Consent or Declination to Magistrate Judge Jurisdiction.
28

1  I served those materials via certified U.S. mail (USPS tracking # 9589 0710 5270 2962 8116
2  60).

3      9.    According to the USPS tracking system, the Attorney General received those
4  materials on February 17, 2026. Ex. 4.

5      I declare under penalty of perjury that the foregoing is true and correct.

6

7  Date: February 25, 2026          */s/ Matthew S.L. Cate*
                                    Matthew S.L. Cate

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28