| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division |
| 3 | SAVITH IYENGAR (CABN 268342)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 6 | Telephone: (415) 436-7200<br>FAX: (415) 436-6748 |
| 7 | savith.iyengar@usdoj.gov |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, | ) | No.: 3:26-cv-1145-LB |
| | ) | |
| Plaintiff, | ) | **STIPULATION CONTINUING RESPONSIVE PLEADING DEADLINE** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff The Center for Investigative Reporting ("Plaintiff") and defendants United States Immigration and Customs Enforcement and United States Customs and Border Protection ("Defendants"), through their undersigned counsel, hereby stipulate pursuant to Civil Local Rules 6-1(a) and 7-12, without a court order, that Defendants' responsive pleading deadline of March 13, 2026 be continued until **April 13, 2026**. This stipulation is based on the following facts:

1. This action, filed on February 5, 2026 under the Freedom of Information Act ("FOIA"), identifies FOIA requests directed to Defendants (the "requests").

2. The parties intend to meet and confer regarding the documents sought in the requests once the ongoing lapse in federal appropriations has ended, including the search for and release of responsive records and an appropriate schedule for processing and releasing responsive, non-privileged documents.

STIPULATION
3:26-CV-1145-LB                                    1

3. In order to accommodate these efforts, the parties stipulate to continue Defendants' responsive pleading deadline from March 13, 2026 until **April 13, 2026**.

| | |
|---|---|
| DATED: February 26, 2026 | Respectfully submitted,<br><br>CRAIG H. MISSAKIAN<br>United States Attorney<br><br>*/s/ Savith Iyengar*<br>SAVITH IYENGAR<br>Assistant United States Attorney<br><br>Attorneys for Defendants |
| DATED: February 26, 2026 | LAW OFFICE OF MATTHEW S.L. CATE<br><br>**/s/ Matthew S.L. Cate*<br>MATTHEW S.L. CATE<br><br>Attorneys for Plaintiff<br><br>** In accordance with Civ. L.-R. 5-1(i)(3), the filer of this document attests that this signatory concurs in the filing of this document. |