```
1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  SAVITH IYENGAR (CABN 268342)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
6       FAX: (415) 436-6748
        savith.iyengar@usdoj.gov
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>        Defendants. | No.: 3:26-cv-1145-LB<br><br>**DECLARATION OF SAVITH IYENGAR** |

I, Savith Iyengar, declare as follows:

1.    I am an Assistant United States Attorney and represent defendants United States Immigration and Customs Enforcement and United States Customs and Border Protection ("Defendants") in the above-captioned matter. I am a member in good standing of the State Bar of California and the bar of this Court. I make this declaration in support of the parties' stipulation filed concurrently herewith. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2.    On February 25 and 26, 2026, I met and conferred by email with counsel for plaintiff The Center for Investigative Reporting ("Plaintiff") regarding this matter, including the modification contained in the stipulation. On February 25, 2026, I sent Plaintiffs' counsel a draft of the stipulation, and Plaintiff's counsel provided their permission to file it the next day with one modification.

IYENGAR DECL.
3:26-CV-1145-LB                                   1

1  I declare under penalty of perjury under the laws of the United States of America that the above
2  is true and correct. Executed this 26th day of February, 2026, in San Francisco, California.

4  DATED: February 26, 2026    */s/ Savith Iyengar*
                                SAVITH IYENGAR
5                               Assistant United States Attorney