CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No.: 3:26-cv-01145-LB<br><br>**CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

In accordance with the provisions of 28 U.S.C. § 636(c), defendants United States Immigration and Customs Enforcement and United States Customs and Border Protection ("Defendants") hereby voluntarily consent to have Magistrate Judge Laurel Beeler conduct all further proceedings in this case, including trial and entry of final judgment. Defendants understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: March 10, 2026                           Respectfully submitted,

                                                                              CRAIG H. MISSAKIAN
                                                                              United States Attorney

                                                                              */s/ Savith Iyengar*
                                                                              SAVITH IYENGAR
                                                                              Assistant United States Attorney

                                                                              Attorneys for Defendants