CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7200
 FAX: (415) 436-6748
 savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>   Defendants. | No.: 3:26-cv-1145-LB<br><br>**STIPULATION CONTINUING RESPONSIVE PLEADING DEADLINE** |

Plaintiff The Center for Investigative Reporting ("Plaintiff") and defendants United States Immigration and Customs Enforcement and United States Customs and Border Protection ("Defendants"), through their undersigned counsel, hereby stipulate pursuant to Civil Local Rules 6-1(a) and 7-12, without a court order, that Defendants' responsive pleading deadline of April 13, 2026 be continued until **May 13, 2026**. This stipulation is based on the following facts:

 1. This action, filed on February 5, 2026 under the Freedom of Information Act ("FOIA"), identifies FOIA requests directed to Defendants (the "requests").

 2. The parties intend to meet and confer regarding the documents sought in the requests once the ongoing lapse in federal appropriations has ended, including the search for and release of responsive records and an appropriate schedule for processing and releasing responsive, non-privileged documents.

STIPULATION
3:26-CV-1145-LB         1

3.     The parties accordingly stipulate to continue Defendants' responsive pleading deadline from April 13, 2026 until **May 13, 2026**.


DATED: April 6, 2026                          Respectfully submitted,

                                              CRAIG H. MISSAKIAN
                                              United States Attorney

                                              */s/ Savith Iyengar*
                                              SAVITH IYENGAR
                                              Assistant United States Attorney

                                              Attorneys for Defendants


DATED: April 6, 2026                          LAW OFFICE OF MATTHEW S.L. CATE

                                              ***/s/ Matthew S.L. Cate*
                                              MATTHEW S.L. CATE

                                              Attorneys for Plaintiff

                                              ** In accordance with Civ. L.-R. 5-1(i)(3), the filer
                                                 of this document attests that this signatory
                                                 concurs in the filing of this document.

STIPULATION
3:26-CV-1145-LB                                        2