CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No.: 3:26-cv-1145-LB<br><br>**DECLARATION OF SAVITH IYENGAR** |

I, Savith Iyengar, declare as follows:

1.    I am an Assistant United States Attorney and represent defendants United States Immigration and Customs Enforcement and United States Customs and Border Protection ("Defendants") in the above-captioned matter. I am a member in good standing of the State Bar of California and the bar of this Court. I make this declaration in support of the parties' stipulation filed concurrently herewith. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2.    On April 2 and 6, 2026, I met and conferred by email with counsel for plaintiff The Center for Investigative Reporting ("Plaintiff") regarding this matter, including the modification contained in the stipulation. On April 2, 2026, I sent Plaintiffs' counsel a draft of the stipulation, and on April 6, 2026, Plaintiff's counsel provided his permission to file it with one modification.

IYENGAR DECL.
3:26-CV-1145-LB             1

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 6th day of April, 2026, in San Francisco, California.

DATED: April 6, 2026                                    /s/ Savith Iyengar
                                                        SAVITH IYENGAR
                                                        Assistant United States Attorney

IYENGAR DECL.
3:26-CV-1145-LB                                2