CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, | No.: 3:26-cv-1145-LB |
| Plaintiff, | **STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |
| v. | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

Plaintiff The Center for Investigative Reporting ("Plaintiff") and defendants United States Immigration and Customs Enforcement and United States Customs and Border Protection ("Defendants"), through their undersigned counsel, hereby stipulate pursuant to Civil Local Rules 6-2 and 7-12 that the Court continue the parties' initial case management conference ("CMC") set for May 7, 2026 and related deadlines by six (6) weeks, with the parties' initial CMC continued until **June 18, 2026**, and the parties' joint CMC statement due by June 11, 2026. This stipulation is based on the following facts:

1.     This action, filed on February 5, 2026 under the Freedom of Information Act ("FOIA"), identifies FOIA requests directed to Defendants (the "requests").

2.     The parties have intended to meet and confer regarding the documents sought in the requests once the ongoing lapse in federal appropriations has ended, including the search for and release

STIPULATION AND [PROPOSED] ORDER
3:26-CV-1145-LB          1

of responsive records and an appropriate schedule for processing and releasing responsive, non-privileged documents.

3.    While the lapse in appropriations has not yet ended, beginning on April 16, 2026, employees of Defendants' relevant FOIA offices resumed being paid and are funded to perform their ordinary duties, including working on FOIA matters.  However, because Congress has not yet enacted FY26 appropriations for Defendants, these employees may perform work on FOIA matters unless or until funding is no longer available.

4.    The parties accordingly stipulate and respectfully request that the Court continue their initial CMC and related deadlines by six (6) weeks, with the parties' initial CMC continued until **June 18, 2026**, so that they may meet and confer regarding the documents sought in the requests as discussed above.

5.    There have been two prior time modifications in this matter, both involving Defendants' responsive pleading deadline.  *See* ECF Nos. 12, 15.  The parties believe that the requested continuance would not prejudice any party and would allow for a more efficient initial CMC, if necessary following the parties' meet and confer efforts.

DATED: April 20, 2026                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

Attorneys for Defendants

DATED: April 20, 2026                    LAW OFFICE OF MATTHEW S.L. CATE

***/s/ Matthew S.L. Cate*
MATTHEW S.L. CATE

Attorneys for Plaintiff

** In accordance with Civ. L.-R. 5-1(i)(3), the filer of this document attests that this signatory concurs in the filing of this document.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The parties' initial CMC and related deadlines are continued by six (6) weeks, with the initial CMC continued from May 7, 2026 at 11:00 a.m. until **June 18, 2026 at 11:00 a.m.**  The parties' joint CMC statement is due by **June 11, 2026**.

SO ORDERED.


DATED: April ____, 2026

                                                _____
HON. LAUREL BEELER
United States Magistrate Judge