CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE CENTER FOR INVESTIGATIVE REPORTING, | ) No.: 3:26-cv-1145-LB |
|---|---|
| Plaintiff, | ) **DECLARATION OF SAVITH IYENGAR** |
| v. | ) |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | ) |
| Defendants. | ) |

I, Savith Iyengar, declare as follows:

1. I am an Assistant United States Attorney and represent defendants United States Immigration and Customs Enforcement and United States Customs and Border Protection ("Defendants") in the above-captioned matter. I am a member in good standing of the State Bar of California and the bar of this Court. I make this declaration in support of the parties' stipulation and proposed order filed concurrently herewith. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2. On April 17 and 20, 2026, I met and conferred by email with counsel for plaintiff The Center for Investigative Reporting ("Plaintiff") regarding this matter, including the modification contained in the stipulation and proposed order. On April 17, 2026, I sent Plaintiffs' counsel a draft of the stipulation, and on April 20, 2026, Plaintiff's counsel provided his permission to file it.

IYENGAR DECL.
3:26-cv-1145-LB                    1

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 20th day of April, 2026, in San Francisco, California.

DATED: April 20, 2026                    */s/ Savith Iyengar*
                                          SAVITH IYENGAR
                                          Assistant United States Attorney