CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | ) | CASE NO. 3:26-CV-1145-LB<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Hon. Laurel Beeler<br><br>Date: October 8, 2026<br>Time: 11:00 a.m.<br>Location: Videoconference |

Plaintiff The Center for Investigative Reporting ("CIR") and Defendants U.S. Immigration and Customs Enforcement ("ICE") and U.S. Customs and Border Protection ("CBP") (collectively, "Defendants"; together with Plaintiffs, the "Parties") jointly submit this Updated Joint Case Management Statement to report on progress or changes since their last statement (ECF No. 27) was filed.

**1. Updated Facts**

On August 7, 2026, Defendant CBP issued its first interim release in response to the two requests submitted to the agency under the Freedom of Information Act ("FOIA"). On September 30, 2026,

Defendant CBP produced 219 pages of records as its second interim release in response to FOIA Request CBP-FO-2026-001573. CBP anticipates making further disclosures by October 20, 2026.

Defendant ICE has identified 349 pages of potentially responsive documents, for which the agency is conducting a review to prepare for a release of records and will subsequently send to relevant third parties for their review. Defendant ICE anticipates a release of documents on or before November 9, 2026. Moreover, because Defendant ICE does not maintain all video recordings in a single database, the agency has devoted substantial resources to reviewing potentially relevant raw and unedited video recordings, according to the FOIA requests. On October 1, 2026, Defendant ICE conferred with Plaintiff to explain the status of its search for responsive recordings and will continue its good faith efforts to locate relevant data and respond to the FOIA requests.

Defendants will continue to meet and confer with Plaintiff to provide further clarity on the status of its efforts to respond to the FOIA requests, and Defendants continue to expect to release records in response to the FOIA requests on a rolling basis.

**2. Scheduling**

Given the parties' ongoing discussions about the status of Defendants' processing of the FOIA requests, the parties respectfully request that the Court order the parties to submit a further status report on November 12, 2026, and continue the Case Management Conference to November 19, 2026.

Date: October 1, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

By: __*/s/ Nag Young Chu*__
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for Defendants

Date: October 1, 2026

***/s/ Matthew S.L. Cate*
MATTHEW S.L. CATE
LAW OFFICE OF MATTHEW S.L. CATE
Attorney for Plaintiff

** In accordance with Civ. L.-R. 5-1(i)(3), the filer of this document attests that this signatory concurs in the filing of this document.