CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | CASE No. 3:26-CV-1145-LB<br><br>**PARTIES' RESPONSE TO THE COURT'S NOTICE REGARDING CONSENT TO A MAGISTRATE JUDGE**<br><br>Hon. Laurel Beeler<br>United Stated Magistrate Judge |

Pursuant to the Court's Notice to Parties (ECF No. 31), the parties have met and conferred regarding a transfer of this case to another magistrate judge. Plaintiff requests reassignment of this case to a district judge, while Defendants submit that they can consent to the jurisdiction of another randomly assigned magistrate judge.

Date: November 9, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

By: __*/s/ Nag Young Chu*_
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for Defendants

Date: November 9, 2026

***/s/ Matthew S.L. Cate*
MATTHEW S.L. CATE
LAW OFFICE OF MATTHEW S.L. CATE
Attorney for Plaintiff

** In accordance with Civ. L.-R. 5-1(i)(3), the filer of this document attests that this signatory concurs in the filing of this document.